DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MANUEL FLORES-GUILLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MANUEL FLORES-GUILLEN,<br><br>　　　　Defendant. | CASE NO. 2:09-cr-00236 MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |

　　　This case is currently scheduled for a status hearing on August 27, 2009. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

　　　The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for August 27, 2009, be continued until September 17, 2009. In addition, the parties stipulate that the time period from August 27, 2009, to September 17, 2009, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

　　　A proposed order is attached and lodged separately for the court's convenience.

1

DATED: August 25, 2009

      Respectfully submitted,

| | |
|---|---|
| LAWRENCE G. BROWN | DANIEL BRODERICK |
| Acting United States Attorney | Federal Defender |
| | |
| */s/ Lexi Negin for* | */s/ Lexi Negin* |
| MICHAEL ANDERSON | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Manuel Flores-Guillen |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-09-236 MCE |
| Plaintiff, | |
| v. | ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| MANUEL FLORES-GUILLEN, | |
| Defendant. | |

For the reasons set forth in the stipulation of the parties, filed on August 27, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for August 27, 2009, be vacated and that the case be set for Thursday, September 17, 2009, at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 27, 2009, stipulation, the time under the Speedy Trial Act is excluded from August 27, 2009, through September 17, 2009, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: August 27, 2009

_____

MORRISON C. ENGLAND, JR.

UNITED STATES DISTRICT JUDGE